**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2374**

_____

CHARLENE JANSON,

Plaintiff − Appellee,

v.

REITHOFFER SHOWS, INC.,

Defendant – Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Deborah Lynn Boardman, District Judge.  (1:19−cv−00079−DLB)

_____

Submitted:  October 5, 2022                    Decided:  June 1, 2023

_____

Before WYNN, DIAZ, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** David A. Skomba, Miranda D. Russell, FRANKLIN & PROKOPIK, P.C., Baltimore, Maryland, for Appellant.  Michael J. Winkelman, MCCARTHY, WINKELMAN, MESTER, OFFUTT, LLP, Lanham, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reithoffer Shows, Inc. appeals the district court's denial of its Rule 50 motions for judgment as a matter of law.  The jury found that Reithoffer's negligence proximately caused Charlene Janson's injury.  And although the jury also found Janson was contributorily negligent, it awarded her damages, finding that Reithoffer had the last clear chance to avoid her injury but failed to do so.  Before the case was submitted to the jury, Reithoffer argued that there was insufficient evidence to submit the questions whether Reithoffer's negligence proximately caused Janson's injury and whether Reithoffer had the last clear chance to avoid the injury.  After the district court entered judgment, Reithoffer renewed its motion on last-clear-chance grounds.  The district court denied those motions.

We have reviewed the record and find no reversible error.  Accordingly, for the reasons identified in the district court's decision, *see Janson v. Reithoffer Shows, Inc.*, No. DLB-19-79, 2021 WL 5280894 (D. Md. Nov. 12, 2021), we affirm.  And we dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2